**FILED**

DEC 07 2010

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

CLERK
U.S. BANKRUPTCY

By _____
Deputy Clerk

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____Sandra Gamong_____

CASE NUMBER: ____99-00431____

PLEASE CHECK ONE:

__✓__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| First Card | 3 | 1558.50 |
| Chase Manhattan | ( | 963.45 |

21462
963.48  @

21463
1558.50  @

INTERIN EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____
                                TOTAL: $ __2521.98__

DATE: __12/5/10__

TRUSTEE

WILLIAM M BARSTOW
200 W 34th St Box 905
Anchorage, AK  99503

CHASE MANHATTAN BANK USA NA
100 DUFFY AVENUE
HICKSVILLE, NY 11801

FIRST CARD-FCC NATIONAL BANK
PO BOX 2975
UNIONDALE, NY 11553

WILLIAM M BARSTOW
200 W 34th St Box 905
Anchorage, AK  99503