UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

**FILED**
DEC 3 0 2010
CLERK
U.S. BANKRUPTCY
By _____
Deputy Clerk

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Sandra Ganong
CASE NUMBER: 99-431

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| First USA<br>POB 149265<br>Austin TX 78714 | 4 | 2540.53 |

21527
2540.53

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ 2540.53

DATE: 12/23/10

TRUSTEE: [signature]